Entered on Docket
April 06, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 05, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    Case No. 10-42585 EDJ

CHRISTOPHER RATLIFF,                     Chapter 13

                    Debtor./

ORDER OF DISMISSAL

    Debtor having failed to timely comply with this Court's order dated March 11, 2010, the above-captioned case is hereby DISMISSED.

**END OF ORDER**

Order dismissing case.

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | ALL RECIPIENTS |

Order dismissing case.                                    2